ADAM G. HENN, Respondent, *v*. CITY OF MOUNT VERNON, Appellant.

Second Department, January 23, 1920.

Appeal — interlocutory judgment of County Court.

An appeal from an interlocutory judgment of a County Court sustaining a demurrer to an answer will be dismissed for such appeal is only permissible where the judgment is rendered in the Supreme Court.

APPEAL by the defendant, the City of Mount Vernon, from an interlocutory judgment of the County Court of Westchester county in favor of the plaintiff, entered in the office of the clerk of said county on the 2d day of April, 1919, sustaining a demurrer to a separate defense set up in the amended answer.

*E. V. B. Getty* [*J. Henry Esser, Corporation Counsel*, with him on the brief], for the appellant.

*James H. Cavanaugh* [*Stephen Holden* with him on the brief], for the respondent.

*James S. Y. Ivins, Deputy Attorney-General* [*Charles D. Newton, Attorney-General*, with him on the brief], for the Attorney-General, intervenor.

PER CURIAM:

The defendant appeals from an interlocutory judgment of the County Court of Westchester county sustaining a demurrer to the separate defense.

The appeal must be dismissed, without costs, because an appeal from an interlocutory judgment is only permissible when the judgment is rendered in the Supreme Court. (Code Civ. Proc. § 1340; *Fox* v. *Fox*, 128 App. Div. 876; *Russ* v. *Maxwell*, 94 id. 107.)

JENKS, P. J., RICH, PUTNAM, BLACKMAR and JAYCOX, JJ., concur.

Appeal dismissed, without costs, in accordance with opinion.